IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-cr-00060-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| GEORGE WILLIAM TAYLOR, JR., | |
| Defendant, | |
| v. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., | |

This matter comes before the court on the United States' Motion to Unseal. [DE 42]. For good cause shown, the motion is GRANTED. The Clerk of the Court shall unseal the United States' Application for Writ of Garnishment [DE 37] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 41, 41-1].

SO ORDERED this __10th__ day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE