

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24CR00060-001M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE WILLIAM TAYLOR, JR.,

    Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH,

INCORPORATED,

    Garnishee.

## ANSWER OF GARNISHEE MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED

The above-named Garnishee, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MERRILL"), states as follows as its Answer to the Writ of Garnishment in the above-captioned action (the "Writ of Garnishment"):

1. As of the time the Writ was served upon Garnishee, Garnishee searched its records based on the information provided to it. Garnishee identified no accounts in the name of the Defendant.

2. MERRILL has no other tangible or intangible personal property of Defendant in its possession or control.

3. The foregoing represents the true status of any indebtedness due MERRILL at the time of the service of the Writ of Garnishment herein and at all times between the service of the Writ of Garnishment and the service of this Answer.

4. MERRILL does not know of any other person who may be indebted to Defendant or who may have any of the property of Defendant in its possession or control.

Dated: April 3, 2025

*signature*

Donald Fryar
For Garnishee

Sworn to and subscribed before
me this 3rd day of April, 20 25
by Donald Fryar.
*signature*
NOTARY PUBLIC

**THERESA ANN IRVIN**
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires March 17, 2028

Personally Known _____ OR Produced Identification __X__
Type of Identification Produced _____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original Answer of Garnishee was mailed via UPS this third day of April, 2025, to Clerk, United States District Court, P. 0. Box 25670, Raleigh, North Carolina 27611. A copy of the foregoing answer was mailed via UPS to United States Attorney's Office, ATTN: Financial Litigation Unit, 150 Fayetteville Street, Suite 2100, Raleigh, North Carolina 27601 and via United States Postal Service to George William Taylor, Jr. #31663-511, FCI Williamsburg, P.O. Box 340, Salters, SC 29590.

Donald Fryar
For Garnishee

Sworn to and subscribed before me this 3rd day of April, 2025, by Donald Fryar.

NOTARY PUBLIC

**THERESA ANN IRVIN**
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires March 17, 2028