IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CR-00060-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE WILLIAM TAYLOR, JR.,<br><br>    Defendant. | ORDER |

This matter comes before the court on the United States' Motion to Unseal. DE 55. For good cause shown the motion is GRANTED. It is hereby ORDERED that the United States' Application for Writ of Garnishment [DE 47] and the Writ of Garnishment issued as a result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 51, 51-1] in the above-captioned case be unsealed.

SO ORDERED this __18th__ day of July, 2025.

                                                    RICHARD E. MYERS II
                                                  CHIEF UNITED STATES DISTRICT JUDGE